IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI

| | | |
|---|---|---|
| KENNY L. SHAVERS, | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No.: |
| | ) | 3:13-cv-00401-TSL-JMR |
| | ) | |
| v. | ) | |
| | ) | |
| W.A. KENDALL & COMPANY, INC., | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

**STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE**

IT IS HEREBY STIPULATED AND AGREED by and between the parties and/or their respective counsel(s) that the above-captioned action is voluntarily dismissed in its entirety with prejudice against Defendant W.A. Kendall & Company, Inc. pursuant to the Federal Rule of Civil Procedure 41(a)(1)(A)(ii) with each party to bear their own costs and attorney fees.

Dated: May 30, 2014

                    By:/s Nick Norris
                    Louis H. Watson, Jr. (MS Bar No. 9053)
                    Robert Nicholas Norris (MS Bar No. 101574)
                        WATSON & NORRIS, PLLC
                        628 N. State Street
                        Jackson, MS 39202
                        Louis@watsonnorris.com
                        nick@watsonnorris.com

*Attorneys for Plaintiff Kenny Shavers*

Dated: May 30, 2014

By: /s/ Chad A. Shultz
   Chad A. Shultz
   GORDON & REES, LLP
   The Pinnacle Building
   3455 Peachtree Road, Suite 1500
   Atlanta, Georgia 30326
   cshultz@gordonrees.com
   *Admitted *pro hac vice*

   David A. Prather (MS Bar No. 99389)
   FORD & HARRISON, LLP
   795 Ridge Lake Blvd., Suite 300
   Memphis, TN 38120
   dprather@fordharrison.com

*Attorneys for Defendant W.A. Kendall & Company*

## **CERTIFICATE OF SERVICE**

I hereby certify that I have electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will automatically send email notification of such filing to all counsel of record.

Dated:  May __, 2014

_____
COUNSEL
